# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Premier Aggregates, L.L.C. | * | CIVIL ACTION |
| | * | |
| | * | NO. 09-BK-10541 "A" |
| | * | |
| | * | Chapter 11 Proceeding |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO STRIKE ALL PLEADINGS FILED BY CO-LIQUIDATORS

**NOW INTO COURT**, through undersigned counsel, come Jack Singleton and Capitol Aggregates, L.L.C., who respectfully request that this Court issue an order striking all pleadings filed by Don Weir, Jr. and Benjamin C. Woods in connection with this case because, as will be explained in greater detail in the memorandum filed contemporaneously herewith, Weir and Woods lack the requisite standing to file those pleadings.

Respectfully submitted,

/s/ Peter J. Butler, Jr.
Peter J. Butler, Jr. (Bar #18522)
Richard G. Passler (Bar # 21006)
Barrett R. Stephens (Bar # 31331)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

AND

Stephen F. Chiccarelli (Bar # 16858)
**BREAZEALE, SACHSE, & WILSON, L.L.P.**
One American Place, 23rd Floor

146558.1

        Post Office Box 3197
        Baton Rouge, Louisiana 70821-3197
        Telephone: (225) 387-4000
        Fax: (225) 381-8029

        ***Counsel for Jack Singleton and Capitol Aggregates, L.L.C.***

## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants by operation of the Court's electronic filing system as follows: Lisa Merz Hedrick, M. Thomas Arceneaux, Dennis M. LaBorde, Andre G. Coudrain, R. Joseph Naus, Seth A. Levine, James A. Lochridge, J. Michael Percy, William H. Patrick, III, and Leann Opotowsky Moses.

        /s/ Peter J. Butler, Jr.